UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                         Plaintiff,<br><br>  - against –<br><br>ZIFF DAVIS, LLC<br><br>                         Defendant. | Docket No. 1:21-cv-03004<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Steve Sands ("Plaintiff") by and through his undersigned counsel, as and for his Complaint against Ziff Davis LLC ("Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction, distribution and public display of a copyrighted photograph of Doctor Strange owned and registered by Plaintiff, a United States-based professional photographer. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant is organized and/or transacts business in New York and is registered with the New York Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.     Plaintiff is a professional photographer in the business of licensing his work for a fee, having a usual place of business at 567 Grand St. Apt J903, New York, NY 10002..

6.     Upon information and belief, Defendant is a limited liability company duly organized and existing under the laws of New York, with a place of business at 114 5th Avenue, New York, NY 10011.

7.     Upon information and belief, Defendant is registered with the New York Department of State Division of Corporations to do business in New York.

8.     At all times material hereto, Defendant has owned and operated a website at the URL: https://askmen.com/ (the "Website").

## STATEMENT OF FACTS

**A.     Background and Plaintiff's Ownership of the Photograph**

9.     Plaintiff created a photograph of actor Benedict Cumberbatch playing the Doctor Strange character on a movie set (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

10.     Plaintiff is the author of the Photograph and has at all times been the sole owner of all rights, title and interest in and to the Photograph, including the copyright thereto.

11.     The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VA 2-007-340, with effective date of June 20, 2016 (the "340 Registration"). A true and correct copy of the 340 Registration certificate is attached hereto as Exhibit B.

12. On or about April 8, 2021, Plaintiff, via his attorney, submitted an application to the Copyright Office to obtain official deposit copies relating to the Photograph. Attached hereto as Exhibit C is a sworn declaration of undersigned counsel.

### B. Defendant's Infringing Activities

13. On or about November 4, 2016, Defendant re-published the Photograph *as part of an online article titled "10 Things You Need to Know About Doctor Strange"* published at URL: https://www.askmen.com/recess/fun_lists/10-things-you-need-to-know-about-doctor-strange/friend-or-foe.html rs/ (the "Infringing Article"). True and correct copies of screenshots from the Infringing Article are attached hereto as Exhibit D.

14. Defendant did not license the Photograph from Plaintiff for its Infringing Article, nor did Defendant have Plaintiff's permission or consent to reproduce, distribute or publicly display the Photograph on its Website.

15. Upon information and belief, Defendant removed Plaintiff's copyright management information and did not attribute the work to anyone.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT)
### (17 U.S.C. §§ 106, 501)

16. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-15 above.

17. Defendant infringed Plaintiff's copyright in the Photograph by reproducing, distributing and publicly displaying the Photograph on the Infringing Article.

18. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

19. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright law in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

20. Upon information and belief, the foregoing acts of infringement by Defendant have been willful and/or in reckless disregard of Plaintiff's rights.

21. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright law, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded statutory damages pursuant to 17 U.S.C. § 504(c);

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: New Rochelle, New York
April 7, 2021

                                               LIEBOWITZ LAW FIRM, PLLC

                                               By: /s/jameshfreeman/
                                               James H. Freeman
                                               1333A North Ave., Ste. 762
                                               New Rochelle, NY 10804
                                               Tel: (516) 233-1660
                                               JF@LiebowitzLawFirm.com

                                               *Attorney for Steve Sands*